**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LELAND SALLOR,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1687-KC** |
| | § | |
| **WARDEN, CAMP EAST** | § | |
| **MONTANA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On June 18, 2026, Leland Sallor filed a

Petition for a Writ of Habeas Corpus, ECF No. 3.  On June 30, 2026, the Court ordered Sallor to

file a reply to Respondents' Response, ECF No. 6, answering specific questions about his request

for a bond hearing by July 21.  June 30, 2026, Order, ECF No. 7.  This deadline has now passed,

and Sallor has not filed any reply.

The June 30, 2026, Order was sent to Sallor at Camp East Montana in El Paso, Texas,

where, at the time of filing, he was detained.  *See* Certified Mailing Receipt, ECF No. 8; Pet. ¶ 2.

However, this mailing was returned to sender.  *See* Returned Mail, ECF No. 10.  And the ICE

Detainee Locator indicates that Sallor is now detained at Otero County Processing Center in

Chaparral, New Mexico.  *See* ICE Detainee Locator, https://locator.ice.gov/odls/#/results.

Accordingly, the Court **ORDERS** that the Clerk of Court shall update the docket with

Sallor's new address and send Respondents' Response, ECF No. 6; the Court's June 30, 2026,

Order, ECF No. 7; and this Order by regular mail and certified mail to Sallor, at the following

address:

Leland Sallor
A# 061-562-332
Otero County Processing Center
26 McGregor Range Road
Chaparral, NM 88081

**IT IS FURTHER ORDERED** that, **by no later than August 13, 2026**, Sallor shall

**FILE** a reply to Respondents' Response answering the following questions:

(1) Have you requested a bond hearing from the immigration court?  If so, when did you

request a bond hearing and how did you make the request to the immigration court?

(2) If you requested a bond hearing, were you given a bond hearing?  If so, when was the

bond hearing?

(3) If you were given a bond hearing, were you granted or denied bond?  If you were

denied bond, what was the reason the Immigration Judge denied bond?

**SO ORDERED**.

**SIGNED this 23rd day of July, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2