**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LELAND SALLOR,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1687-KC** |
| | § | |
| **WARDEN, CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On August 14, 2026, the Court ordered Respondents to provide Leland Sallor with a bond hearing before an Immigration Judge ("IJ") by August 21. Aug. 14, 2026, Order 2, ECF No. 17.

Respondents have now informed the Court that on August 18, 2026, an IJ denied Sallor bond on the basis of flight risk. Status Report, ECF No. 19; *see id.* Ex. A ("IJ Order"), ECF No. 19-1.

It appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 3; Aug. 14, 2026, Order. Accordingly, **the Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 24th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE